**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Eastern District of California**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Fred Rau Dairy, Inc** | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 4 – 2 3 6 3 5 5 5 | |
| **4. Debtor's address** | **Principal place of business**<br><br>10255 W Manning<br>Number    Street<br><br>Fresno, CA 93706<br>City    State    ZIP Code<br><br>Fresno<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: | |

Debtor **Fred Rau Dairy, Inc** _____ Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>__ __ __ __ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❑ A plan is being filed with this petition.<br>   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes. District _____ When _____ Case number _____<br>                            MM / DD / YYYY<br>     District _____ When _____ Case number _____<br>                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes. Debtor _____ Relationship _____<br>     District _____ When _____<br>                             MM / DD / YYYY<br>     Case number, if known _____ |

Debtor    **Fred Rau Dairy, Inc**            Case number *(if known)* _____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
         Number     Street

_____
City          State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

| Debtor | Fred Rau Dairy, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/29/2025**
MM/ DD/ YYYY

X _[signature]_
Signature of authorized representative of debtor

Printed name: **Michael Reid**

Title: **CRO**

**18. Signature of attorney**

X **/s/ Peter Fear**
Signature of attorney for debtor

Date **05/29/2025**
MM/ DD/ YYYY

Printed name: **Peter Fear**

Firm name: **Fear Waddell, P.C.**

Number Street: **7650 N. Palm Avenue Suite 101**

City: **Fresno**　State: **CA**　ZIP Code: **93711**

Contact phone: **(559) 436-6575**　Email address: **pfear@fearlaw.com**

Bar number: **207238**　State: **CA**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fred Rau Dairy, Inc** |
| United States Bankruptcy Court for the: | **Eastern District of California** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PG&E<br>PO Box 997300<br>Sacramento, CA 95899-7300 | | | | | | $2,645,801.48 |
| 2 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $1,161,394.68 |
| 3 | Valley Agronomics<br>12800 W Shields Ave<br>Kerman, CA 93630 | | fka Stanislaus Farming Supply | | | | $558,126.22 |
| 4 | Associated Feed & Supply Co.<br>PO Box 2367<br>Turlock, CA 95381 | | UCC filed 12/2024 | | | | $381,069.98 |
| 5 | Phillips Silage Harvesting<br>2723 W American Ave<br>Fresno, CA 93706-9705 | | | | | | $367,059.92 |
| 6 | Avila Dairy Equipment Inc<br>PO Box 1756<br>Hanford, CA 93232 | | | | | | $348,853.20 |
| 7 | Secure by Winfield United<br>PO Box 64949<br>Saint Paul, MN 55164-0949 | | | | | | $343,827.32 |
| 8 | Veterinary Pharmaceuticals, Inc<br>13159 13th Road West<br>Hanford, CA 93230-9665 | | | | | | $343,434.25 |

Debtor　**Fred Rau Dairy, Inc**　　　Case number *(if known)* _____
　　　　Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Franchise Tax Board  Bankruptcy Section MS A-340  PO Box 2952  Sacramento, CA 95812-2952 | | | | | | $198,212.13 |
| 10 | Nutrien Ag Solutions, Inc  5296 Harvest Lake Dr  Hanford, CA 93230 | | Case No. 24CECG04057 | | | | $128,820.73 |
| 11 | Zenith Insurance Company  Agribusiness Solutions  PO Box 742575  Los Angeles, CA 90074-2575 | | | | | | $126,486.00 |
| 12 | F&S Ranches  211 W Serena Ave  Clovis, CA 93619 | | | | | | $123,086.12 |
| 13 | Javier Perez  c/o Bibiyan Law Group PC  1460 Westwood Blvd  Los Angeles, CA 90024 | | Case 21CECG03139 Settlement. | | | | $100,000.00 |
| 14 | Semper Hay & Grain, Inc  PO Box 409  Kerman, CA 93630 | | | | | | $93,750.15 |
| 15 | ATI Machinery  PO Box 445  Five Points, CA 93624 | | | | | | $89,919.48 |
| 16 | Dairy Equipment Center  San Joaquin Valley Dairy Robotics, Inc  20035 W Bradbury Rd  Turlock, CA 95380 | | | | | | $57,390.26 |
| 17 | Gleim Crown Pump, Inc.  P.O. Box 12585  Fresno, CA 93778 | | | | | | $55,489.50 |
| 18 | Loraine Trigueiro Custom Farming, LLC  PO Box 339  Caruthers, CA 93609 | | | | | | $47,338.08 |
| 19 | BeeHero  4225 S Highland Ave  Del Rey, CA 93616 | | | | | | $35,000.00 |
| 20 | Central CA Almond Growers Association, CCAGA  PO Box 338  Kerman, CA 93630-0338 | | | | | | $29,970.97 |

Official Form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　page 2

## BOARD RESOLUTION AUTHORIZING BANKRUPTCY FILING BY FRED RAU DAIRY, INC, A California corporation
(Authorization for Bankruptcy Filing)

The undersigned, William Fred Rau, being the sole member of the board of directors and sole shareholder of Fred Rau Dairy, Inc., a California corporation (the "Company"), hereby (i) consent to and take the actions set forth in the resolutions below by unanimous consent, which resolutions shall have the same force and effect as if adopted by an affirmative vote at a meeting of the Board duly called and held, (ii) waive all requirements of notice pursuant to Company bylaws, and (iii) direct that this consent (the "Consent") be filed with the minutes of the proceedings of the Company:

1. They are all of the Shareholders of the Company and all the members of the Board of Directors of the Company. In addition, William Fred Rau is the Chief Executive Officer and Chief Financial Officer for the Company. The Company is organized and existing under the laws of the State of California.

2. The undersigned believes that the Company must file a voluntary bankruptcy petition under Chapter 11 of the Bankruptcy Code.

3. Michael Reid, is hereby appointed Chief Restructuring Officer of the Company, and in that capacity, has the authority and is hereby directed in the name and on behalf of the Company to make, execute, and file a petition for reorganization under the Bankruptcy Code at any time, to file any schedules, motions, plans, and other documents necessary to carry out this resolution, to pay any fees from Company funds necessary to carry out this resolution, to employ Peter Fear, Fear Waddell, P.C., to represent the Company in the bankruptcy proceeding, and to take all actions necessary or advisable in order to carry out and perform the resolutions described herein. Michael Reid is appointed as the Company's representative for all purposes in the proposed bankruptcy case and shall speak on behalf of the Company with regard to the bankruptcy case.

IN WITNESS WHEREOF, the parties have executed this Resolution as of this 7th day of January 2025.

By: *William Fred Rau*
William Fred Rau,
Sole Shareholder, Sole Director, &
Chief Executive Officer


I, Michael Reid, accept appointment as Chief Restructuring Officer of the Company and agree to take the actions described above on behalf of the Company.

By: *Michael Reid*
Michael Reid