**United States Bankruptcy Court**
**Eastern District of California**
**Fresno Division**

In re　　　　　　　　　　　　　　　　)　　Case No._____
　　　　　　　　　　　　　　　　　　)
**Fred Rau Dairy, Inc**　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Debtor(s)

### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

**Dated:** _____ **05/29/2025** _____　　X _____
　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**　　　　　**Modesto Division**　　　　　　**Fresno Division**
**501 I Street, Suite 3-200**　　　**Mailing Address:**　　　　　　　**2500 Tulare Street, Suite 2501**
**Sacramento, CA 95814**　　　　**501 I Street, Suite 3-200**　　　**Fresno, CA 93721**
　　　　　　　　　　　　　　　　**Sacramento, CA 95814**

　　　　　　　　　　　　　　　　**Physical Address:**
　　　　　　　　　　　　　　　　**1200 I Street, Suite 4**
　　　　　　　　　　　　　　　　**Modesto, CA 95354**

EDC 2-100 (Rev. 7/15/14)

**4 Bee Brothers**
1321 May St West
West Sacramento, CA 95605

**Ag West Distributing Co., Inc**
2560 S Sarah Ave
Fresno, CA 93706

**AGCO Finance LLC**
PO Box 2000
Johnston, IA 50131-0020

**AGCO Finance LLC**
PO Box 4000
Johnston, IA 50131-9854

**AgWest Farm Credit**
Accounting Dept
PO Box 240
Rocklin, CA 95677-0240

**AgWest Farm Credit, PCA**
200 E Cartmill Ave
Tulare, CA 93274

**AgWest Farm Credit, PCA**
Attn: Brett Van Dyk
200 E Cartmill Ave
Tulare, CA 93274

**AHV USA Inc**
7940 Lander Ave, Ste 3
Hilmar, CA 95324

**Alber's Manure Handing Systems Inc**
14323 Albers Way
Chino, CA 91710


**All Creatures Veterinary Clinic**
6575 N Santa Fe
Fresno, CA 93722


**American Steamway, Inc**
2240 W Belmont Ave, Ste C
Fresno, CA 93728


**Anthem Inc, Insurance**
PO Box 60007
Los Angeles, CA 90060-0007


**Aramark dba Vestis**
PO Box 101179
Pasadena, CA 91189-1179


**Asbury Environmental Services**
dba World Oil Environmental Services
9302 Garfield Avenue
South Gate, CA 90280

**Associated Feed & Supply Co.**
PO Box 2367
Turlock, CA 95381


**ATI Machinery**
PO Box 445
Five Points, CA 93624

**Avid Water**
PO Box 11881
Fresno, CA 93775


**Avila Dairy Equipment Inc**
PO Box 1756
Hanford, CA 93232


**B&R Custom Chopping**
285 W Riverdale Ave
Riverdale, CA 93656


**Baker Commodities, Inc**
PO Box 416
Kerman, CA 93630


**Batth Farms, Inc**
5434 W Kamm Ave
Caruthers, CA 93609-9400


**Beam Insurance**
Dept Ch 19072
Palatine, IL 60055-9072


**BeeHero**
4225 S Highland Ave
Del Rey, CA 93616


**Bibiyan Law Group PC**
1460 Westwood Blvd
Los Angeles, CA 90024

**Blake Little**
dba L&L Ranches
2815 W Kofoid Ave
Caruthers, CA 93609-9538

**Blake Little**
L&L Ranches Inc
PO Box 568
Caruthers, CA 93609

**BnB Farms, Inc**
3251 Hwy 95
Cambridge, ID 83610

**Bob Weststeyn Hoof Trimming**
41173 Grove Ct
Madera, CA 93636

**BSK Associates**
PO Box 276
Rocklin, CA 95677

**CA State Water Resources Control Board**
PO Box 1888
Sacramento, CA 95812-1888

**CARMCO**
8646 N Bond
Fresno, CA 93720

**Carol Ann Foxen**
10214 W Manning
Fresno, CA 93706

**Caruthers Auto Supply**
PO Box 837
Caruthers, CA 93609

**Caruthers Pump, Inc**
PO Box 515
Caruthers, CA 93609

**Central CA Almond Growers
Association, CCAGA**
PO Box 338
Kerman, CA 93630-0338

**Christopher Volz**
2704 Station Ave
Atwater, CA 95301

**Clenera Devco, LLC**
c/o Clenera, LLC
Attn: Admin Dept
PO Box 2576
Boise, ID 83701

**Clevenger Merchantile, LLC**
PO Box 97
Caruthers, CA 93609

**Commercial Radiator Works,
Inc**
3342 S Elm Ave
Fresno, CA 93706

**CoreLogic Tax Services, LLC**
Recovery Department
PO Box 9205
Coppell, TX 75019-9214

**Credit Consulting Services, Inc**
201 John Street, Ste E
Salinas, CA 93901

**Credit Consulting Services, Inc.**
P.O. Box 5879
Salinas, CA 93915

**Dairy Equipment Center**
San Joaquin Valley Dairy Robotics, Inc
20035 W Bradbury Rd
Turlock, CA 95380

**Dale J. Pahel, Inc**
PO Box 25301
Fresno, CA 93729

**Deere & Company**
PO Box 6600
Johnston, IA 50131-6600

**Deere & Company**
6400 NW 86th St
Johnston, IA 50131-6630

**DFS Financial, Division of**
First National Bank of Omaha
14010 FNB Parkway, Ste 400
Omaha, NE 68154

**Diversified Financial Services, LLC**
14010 FNB Parkway, Ste 400
Omaha, NE 68154

**Don Pickett & Associates, Inc**
7395 N Palm Ave #101
Fresno, CA 93711

**Excelsior Dairy Service**
795 E Levin Ave
Tulare, CA 93274

**F&S Ranches**
211 W Serena Ave
Clovis, CA 93619

**Farm Credit Leasing**
1665 Utica Ave, S Suite 400
Minneapolis, MN 55416

**Farm Credit Leasing Services Corporation**
600 Highway 169 S, Suite 300
Minneapolis, MN 55426

**Farm Credit West**
PO Box 1208
Hanford, CA 93232

**Farm Credit West, FLCA**
200 E Cartmill Ave
Tulare, CA 93274

**Carol Foxen**
10214 W Manning
Fresno, CA 93706

**Franchise Tax Board**
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

**Fresno County Tax Collector**
Financial & Accounting Division Chief
PO Box 1192
Fresno, CA 93715-1192

**Fresno County Tax Collector**
Oscar J. Garcia, CPA
2281 Tulare Street, Hall of Records, Room 105
Fresno, CA 93715-1192

**Fresno County Tax Collector**
Treasurer-Tax Collector
PO Box 1192
Fresno, CA 93715-1192

**Fresno Equipment Company**
PO Box 2513
Fresno, CA 93745

**General Air Compressor North**
Hitachi Global Air Power US, LLC
Lockbox 5138
PO Box 660367
Dallas, TX 75266-0367

**Gleim Crown Pump, Inc.**
P.O. Box 12585
Fresno, CA 93778

**Green Valley Dairy**
15516 S Walnut Ave
Caruthers, CA 93609

**Green Valley Irrigation & Supply, LLC**
PO Box 99
Fowler, CA 93625

**Greenberg, Grant & Richards Inc**
5858 Westheimer Rd Ste 500
Houston, TX 77057-5645

**Greenberg, Grant & Richards Inc**
PO Box 571811
Houston, TX 77257-1811

**HERC Rentals**
27500 Riverview Center Blvd, Ste 100
Bonita Springs, FL 34134

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**J&C Silage Covering Inc**
2183 Dinky Creek Ave
Merced, CA 95341

**Jack Griggs, Inc**
PO Box 547
Exeter, CA 93221

**Javier Perez**
c/o Bibiyan Law Group PC
1460 Westwood Blvd
Los Angeles, CA 90024

**JDR Livestock Management Services, Inc**
PO Box 185
Caruthers, CA 93609

**JMLord Inc**
4184 N Knoll Dr
Fresno, CA 93722

**John Deere Financial**
PO Box 6600
Johnston, IA 50131-6600

**John Deere Financial**
PO Box 4450
Carol Stream, IL 60197

**John Deere Financial**
PO Box 6630
Johnston, IA 50131

**Kings Dairy Supply**
5835 13th Ave
Hanford, CA 93230

**L&L Ranches Inc.**
Attn: Blake Little
2815 W Kofoid Ave
Caruthers, CA 93609-9538

**LOL Finance Co**
PO Box 64949
Saint Paul, MN 55164

**Loraine Trigueiro Custom Farming, LLC**
PO Box 339
Caruthers, CA 93609

**McCormick Kabot Jenner & Lew**
4010 S Demaree St
Visalia, CA 93277

**Michael Reid**
11906 S Jameson Ave
Fresno, CA 93706

**Microsoft**
1 Microsoft Way
Redmond, WA 98052

**Moncrief & Hart, PC**
16 W Gabilan St
Salinas, CA 93901-2713

**NC Ag Spraying, LLC**
7696 S James Rd
Tranquillity, CA 93668

**Nutrien Ag Solutions, Inc**
5296 Harvest Lake Dr
Hanford, CA 93230

**Nutrien Ag Solutions, Inc**
15301 Rd 192
Porterville, CA 93257

**Nutrien Ag Solutions, Inc**
13241 Crown Ave
Hanford, CA 93230

**Ogletree, Deakins, Hash, Smoak, Stewart, PC**
Petewood IV
50 International Dr Ste 300
Greenville, SC 29615-4832

**Pape Machinery, Inc**
PO Box 10527
Eugene, OR 97440

**Pascuzzi, Pascuzzi, & Stoker**
2377 W Shaw Ave, Ste 101
Fresno, CA 93711

**PG&E**
PO Box 997300
Sacramento, CA 95899-7300

**Phillips Silage Harvesting**
2723 W American Ave
Fresno, CA 93706-9705

**Quality Machinery Center**
3820 South K Street
Tulare, CA 93274

**William Fred Rau**
211 W Serena Ave
Clovis, CA 93619

**Reliable Business Technology, Inc**
2050 N Winery #103
Fresno, CA 93703

**Rick Carsey Trucking & Construction, Inc**
3181 E Manning Ave, Ste 201
Fowler, CA 93625

**Robert V. Jensen Inc**
PO Box 12907
Fresno, CA 93779

**Rock River Laboratory, Inc**
PO Box 169
Watertown, WI 53094

**San Joaquin Valley Air Pollution Control**
1990 E Gettysburg Ave
Fresno, CA 93726-0244

**Secure by Winfield United**
PO Box 64949
Saint Paul, MN 55164-0949

**Semper Hay & Grain, Inc**
PO Box 409
Kerman, CA 93630

**Shonda Reid**
11906 S Jameson Ave
Fresno, CA 93706

**South Valley Pump Testing**
PO Box 208
Farmersville, CA 93223


**Stanislaus Farm Supply**
624 E Service Rd
Modesto, CA 95358


**TCF National Bank**
11100 Wayzata Blvd, Ste 801
Hopkins, MN 55305


**Trinkle Ag Flying Inc**
2394 Ave 376
Kingsburg, CA 93631


**United States Attorney**
(For Internal Revenue Service)
2500 Tulare Street, Suite 4401
Fresno, CA 93721


**United States Department of Justice**
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington, DC 20044

**Valley Agricultural Software**
P.O. Box 740729
Los Angeles, CA 90074


**Valley Agronomics**
12800 W Shields Ave
Kerman, CA 93630

**Valmetal**
2955 S K Street
Tulare, CA 93274

**Vantage Dairy Supplies CA LLC**
799 W 200 N
Paul, ID 83347

**Vestis**
2680 Palumbo Dr
Lexington, KY 40509

**Veterinary Pharmaceuticals, Inc**
13159 13th Road West
Hanford, CA 93230-9665

**Veterinary Service, Inc**
PO Box 743963
Los Angeles, CA 90074-3963

**Volt Electrical**
4200 E Tuolumne Rd
Turlock, CA 95382-8123

**Wagner Jones Helsley PC**
PO Box 28340
Fresno, CA 93729-8340

**William Fred Rau**
211 W Serena Ave
Clovis, CA 93619

**Zenith Insurance Company**
Agribusiness Solutions
PO Box 742575
Los Angeles, CA 90074-2575

4 Bee Brothers

1321 May St West

West Sacramento, CA 95605


Ag West Distributing Co., Inc

2560 S Sarah Ave

Fresno, CA 93706


AGCO Finance LLC

PO Box 2000

Johnston, IA 50131-0020


AGCO Finance LLC

PO Box 4000

Johnston, IA 50131-9854


AgWest Farm Credit

Accounting Dept

PO Box 240

Rocklin, CA 95677-0240


AgWest Farm Credit, PCA

200 E Cartmill Ave

Tulare, CA 93274


AgWest Farm Credit, PCA

Attn: Brett Van Dyk

200 E Cartmill Ave

Tulare, CA 93274


AHV USA Inc

7940 Lander Ave, Ste 3

Hilmar, CA 95324


Alber's Manure Handing Systems Inc

14323 Albers Way

Chino, CA 91710


All Creatures Veterinary Clinic

6575 N Santa Fe

Fresno, CA 93722


American Steamway, Inc

2240 W Belmont Ave, Ste C

Fresno, CA 93728

Anthem Inc, Insurance

PO Box 60007

Los Angeles, CA 90060-0007

Aramark dba Vestis

PO Box 101179

Pasadena, CA 91189-1179

Asbury Environmental Services

dba World Oil Environmental Services

9302 Garfield Avenue

South Gate, CA 90280

Associated Feed & Supply Co.

PO Box 2367

Turlock, CA 95381

ATI Machinery

PO Box 445

Five Points, CA 93624

Avid Water

PO Box 11881

Fresno, CA 93775

Avila Dairy Equipment Inc

PO Box 1756

Hanford, CA 93232

B&R Custom Chopping

285 W Riverdale Ave

Riverdale, CA 93656

Baker Commodities, Inc

PO Box 416

Kerman, CA 93630

Batth Farms, Inc

5434 W Kamm Ave

Caruthers, CA 93609-9400

Beam Insurance

Dept Ch 19072

Palatine, IL 60055-9072


BeeHero

4225 S Highland Ave

Del Rey, CA 93616


Bibiyan Law Group PC

1460 Westwood Blvd

Los Angeles, CA 90024


Blake Little

dba L&L Ranches

2815 W Kofoid Ave

Caruthers, CA 93609-9538


Blake Little

L&L Ranches Inc

PO Box 568

Caruthers, CA 93609

BnB Farms, Inc

3251 Hwy 95

Cambridge, ID 83610


Bob Weststeyn Hoof Trimming

41173 Grove Ct

Madera, CA 93636


BSK Associates

PO Box 276

Rocklin, CA 95677


CA State Water Resources Control Board

PO Box 1888

Sacramento, CA 95812-1888


CARMCO

8646 N Bond

Fresno, CA 93720


Carol Ann Foxen

10214 W Manning

Fresno, CA 93706


Carol Foxen

10214 W Manning

Fresno, CA 93706


Caruthers Auto Supply

PO Box 837

Caruthers, CA 93609


Caruthers Pump, Inc

PO Box 515

Caruthers, CA 93609


Central CA Almond Growers Association, CCAGA

PO Box 338

Kerman, CA 93630-0338


Christopher Volz

2704 Station Ave

Atwater, CA 95301

Clenera Devco, LLC

c/o Clenera, LLC

Attn: Admin Dept

PO Box 2576

Boise, ID 83701


Clevenger Merchantile, LLC

PO Box 97

Caruthers, CA 93609


Commercial Radiator Works, Inc

3342 S Elm Ave

Fresno, CA 93706


CoreLogic Tax Services, LLC

Recovery Department

PO Box 9205

Coppell, TX 75019-9214


Credit Consulting Services, Inc

201 John Street, Ste E

Salinas, CA 93901

Credit Consulting Services, Inc.

P.O. Box 5879

Salinas, CA 93915

Dairy Equipment Center

San Joaquin Valley Dairy Robotics, Inc

20035 W Bradbury Rd

Turlock, CA 95380

Dale J. Pahel, Inc

PO Box 25301

Fresno, CA 93729

Deere & Company

PO Box 6600

Johnston, IA 50131-6600

Deere & Company

6400 NW 86th St

Johnston, IA 50131-6630

DFS Financial, Division of

First National Bank of Omaha

14010 FNB Parkway, Ste 400

Omaha, NE 68154


Diversified Financial Services, LLC

14010 FNB Parkway, Ste 400

Omaha, NE 68154


Don Pickett & Associates, Inc

7395 N Palm Ave #101

Fresno, CA 93711


Excelsior Dairy Service

795 E Levin Ave

Tulare, CA 93274


F&S Ranches

211 W Serena Ave

Clovis, CA 93619

Farm Credit Leasing

1665 Utica Ave, S Suite 400

Minneapolis, MN 55416


Farm Credit Leasing Services Corporation

600 Highway 169 S, Suite 300

Minneapolis, MN 55426


Farm Credit West

PO Box 1208

Hanford, CA 93232


Farm Credit West, FLCA

200 E Cartmill Ave

Tulare, CA 93274


Franchise Tax Board

Bankruptcy Section MS A-340

PO Box 2952

Sacramento, CA 95812-2952


Fresno County Tax Collector

Financial & Accounting Division Chief

PO Box 1192

Fresno, CA 93715-1192

Fresno County Tax Collector

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105

Fresno, CA 93715-1192

Fresno County Tax Collector

Treasurer-Tax Collector

PO Box 1192

Fresno, CA 93715-1192

Fresno Equipment Company

PO Box 2513

Fresno, CA 93745

General Air Compressor North

Hitachi Global Air Power US, LLC

Lockbox 5138

PO Box 660367

Dallas, TX 75266-0367

Gleim Crown Pump, Inc.

P.O. Box 12585

Fresno, CA 93778


Green Valley Dairy

15516 S Walnut Ave

Caruthers, CA 93609


Green Valley Irrigation & Supply, LLC

PO Box 99

Fowler, CA 93625


Greenberg, Grant & Richards Inc

5858 Westheimer Rd Ste 500

Houston, TX 77057-5645


Greenberg, Grant & Richards Inc

PO Box 571811

Houston, TX 77257-1811

HERC Rentals

27500 Riverview Center Blvd, Ste 100

Bonita Springs, FL 34134


Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346


J&C Silage Covering Inc

2183 Dinky Creek Ave

Merced, CA 95341


Jack Griggs, Inc

PO Box 547

Exeter, CA 93221


Javier Perez

c/o Bibiyan Law Group PC

1460 Westwood Blvd

Los Angeles, CA 90024


JDR Livestock Management Services, Inc

PO Box 185

Caruthers, CA 93609


JMLord Inc

4184 N Knoll Dr

Fresno, CA 93722


John Deere Financial

PO Box 6600

Johnston, IA 50131-6600


John Deere Financial

PO Box 4450

Carol Stream, IL 60197


John Deere Financial

PO Box 6630

Johnston, IA 50131


Kings Dairy Supply

5835 13th Ave

Hanford, CA 93230

L&L Ranches Inc.

Attn: Blake Little

2815 W Kofoid Ave

Caruthers, CA 93609-9538


LOL Finance Co

PO Box 64949

Saint Paul, MN 55164


Loraine Trigueiro Custom Farming, LLC

PO Box 339

Caruthers, CA 93609


McCormick Kabot Jenner & Lew

4010 S Demaree St

Visalia, CA 93277


Michael Reid

11906 S Jameson Ave

Fresno, CA 93706

Microsoft

1 Microsoft Way

Redmond, WA 98052


Moncrief & Hart, PC

16 W Gabilan St

Salinas, CA 93901-2713


NC Ag Spraying, LLC

7696 S James Rd

Tranquillity, CA 93668


Nutrien Ag Solutions, Inc

5296 Harvest Lake Dr

Hanford, CA 93230


Nutrien Ag Solutions, Inc

15301 Rd 192

Porterville, CA 93257


Nutrien Ag Solutions, Inc

13241 Crown Ave

Hanford, CA 93230


Ogletree, Deakins, Hash, Smoak, Stewart, PC

Petewood IV

50 International Dr Ste 300

Greenville, SC 29615-4832


Pape Machinery, Inc

PO Box 10527

Eugene, OR 97440


Pascuzzi, Pascuzzi, & Stoker

2377 W Shaw Ave, Ste 101

Fresno, CA 93711


PG&E

PO Box 997300

Sacramento, CA 95899-7300


Phillips Silage Harvesting

2723 W American Ave

Fresno, CA 93706-9705

Quality Machinery Center

3820 South K Street

Tulare, CA 93274

Reliable Business Technology, Inc

2050 N Winery #103

Fresno, CA 93703

Rick Carsey Trucking & Construction, Inc

3181 E Manning Ave, Ste 201

Fowler, CA 93625

Robert V. Jensen Inc

PO Box 12907

Fresno, CA 93779

Rock River Laboratory, Inc

PO Box 169

Watertown, WI 53094

San Joaquin Valley Air Pollution Control

1990 E Gettysburg Ave

Fresno, CA 93726-0244


Secure by Winfield United

PO Box 64949

Saint Paul, MN 55164-0949


Semper Hay & Grain, Inc

PO Box 409

Kerman, CA 93630


Shonda Reid

11906 S Jameson Ave

Fresno, CA 93706


South Valley Pump Testing

PO Box 208

Farmersville, CA 93223


Stanislaus Farm Supply

624 E Service Rd

Modesto, CA 95358

TCF National Bank

11100 Wayzata Blvd, Ste 801

Hopkins, MN 55305

Trinkle Ag Flying Inc

2394 Ave 376

Kingsburg, CA 93631

United States Attorney

(For Internal Revenue Service)

2500 Tulare Street, Suite 4401

Fresno, CA 93721

United States Department of Justice

Civil Trial Section Western Region

Box 683 Ben Franklin Station

Washington, DC 20044

Valley Agricultural Software

P.O. Box 740729

Los Angeles, CA 90074

Valley Agronomics

12800 W Shields Ave

Kerman, CA 93630

Valmetal

2955 S K Street

Tulare, CA 93274

Vantage Dairy Supplies CA LLC

799 W 200 N

Paul, ID 83347

Vestis

2680 Palumbo Dr

Lexington, KY 40509

Veterinary Pharmaceuticals, Inc

13159 13th Road West

Hanford, CA 93230-9665

Veterinary Service, Inc

PO Box 743963

Los Angeles, CA 90074-3963


Volt Electrical

4200 E Tuolumne Rd

Turlock, CA 95382-8123


Wagner Jones Helsley PC

PO Box 28340

Fresno, CA 93729-8340


William Fred Rau

211 W Serena Ave

Clovis, CA 93619


William Fred Rau

211 W Serena Ave

Clovis, CA 93619

Zenith Insurance Company

Agribusiness Solutions

PO Box 742575

Los Angeles, CA 90074-2575